8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ERNEST MARROQUIN, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED, | § § § § § | |
| v. | § | CASE NO. B-9835 |
| GREAT SOUTHERN LIFE INSURANCE COMPANY, DALE DARNELL AND UNKNOWN OTHERS. | § § § § § | |

## ORDER GRANTING GREAT SOUTHERN LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR CONTINUANCE

Came on for consideration Defendant Great Southern Life Insurance Company's Motion for Continuance. Upon review of said motion, the Court is of the opinion that it should be GRANTED.

It is, therefore, ORDERED that the initial pretrial conference shall be continued pending the Panel for Multidistrict Litigation's decision as to whether to issue a Final Transfer Order for this action. In the event that the Panel decides not to consolidate this action with the Great Southern MDL proceeding, the parties shall notify the Court of this fact and an initial pretrial conference will be scheduled shortly thereafter.

SIGNED this the 24th day of June, 1998.

_____
UNITED STATES DISTRICT JUDGE
Magistrate